EDWIN D. KLINE *v.* PLANNING AND ZONING COMMIS-
SION OF THE TOWN OF BETHEL

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied by the court.

*Thomas A. Flaherty,* in support of the petition.
*Stephen C. Gallagher,* in opposition.

Submitted December 20, 1977—decided January 10, 1978

ROBERT J. ROSSETTI *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF SIMSBURY

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied by the court.

*Morton C. Hansen, Jr.,* in support of the petition.
*Peter B. Sullivan,* in opposition.

Submitted December 21, 1977—decided January 10, 1978

BEIT HAVURAH ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF NORFOLK ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Litchfield County is granted by the court.

*Wesley W. Horton,* in support of the petition.
*H. James Stedronsky* and *David M. Cusick,* in opposition.

Submitted December 21, 1977—decided January 10, 1978